**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-6247**

---

CHRISTOPHER MOSBY,

                                        Plaintiff - Appellant,

        versus

GEORGE L. SWEAT, Chief of Police; POLICE
DETECTIVE WILLIAMS; R. L. BARREN, Police
Detective,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham. William L. Osteen, District
Judge. (CA-03-1009-1)

---

Submitted: April 29, 2004                Decided: May 5, 2004

---

Before LUTTIG, WILLIAMS, and SHEDD, Circuit Judges.

---

Affirmed as modified by unpublished per curiam opinion.

---

Christopher Mosby, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Christopher Mosby appeals the district court's order adopting the magistrate judge's recommendation and denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court as modified to reflect that the district court's dismissal was without prejudice. See Mosby v. Sweat, No. CA-03-1009-1 (M.D.N.C. Dec. 24, 2003). Mosby's motion to compel discovery, for expenses, and for sanctions is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED